08-21-00044-CV

E-Filed for Record
3/1/2021 2:58 PM
Crockett County District Clerk , TX
By: Ninfa Preddy

## NO. 19-02-07955-CV

| | |
|---|---|
| EVELYN GARZA, INDIVIDUALLY, AND ON BEHALF OF RUBEN ROBERTO GARZA, DECEASED, MALORIE ELISSA GARZA, VALERIE MARIE GARZA, AND ALICE HERNANDEZ GARZA *Plaintiffs,* <br><br> v. <br><br> ADRIAN DARIUS SAMUEL, RDL ENERGY SERVICES, LLC AND JPH HOLDINGS, LLC <br><br> *Defendants.* | IN THE DISTRICT COURT <br><br> 112ᵀᴴ JUDICIAL DISTRICT <br><br> CROCKETT COUNTY, TEXAS |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/15/2021 3:41:42 PM
ELIZABETH G. FLORES
Clerk

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE COURT:

Now come Plaintiffs—Evelyn Garza, Individually, and on Behalf of Ruben Roberto Garza, Deceased, Malorie Elissa Garza, Valerie Marie Garza, and Alice Hernandez Garza, and hereby give notice of their desire and intent to take appeal, before the Eighth Court of Appeals—El Paso, of the following Orders:

1. The Court's Order Granting Court's Order Granting Defendant JPH Holding, LLC's Traditional and No Evidence Motion for Summary Judgement, entered on January 28, 2021, and disposing entirely with Plaintiffs' claims against Defendant,[1] and

---

[1] Plaintiffs received notice of the Court's ruling and entry of this Order on March 1, 2021.

1

2. The Court's Order Granting Court's Order Granting Defendants RDL Energy Services, LP and RDL Energy, LLC's Traditional and No Evidence Motion for Summary Judgement, entered on January 28, 2021 and re-entered on February 25, 2021, and disposing entirely with Plaintiffs' claims against Defendant.[2]

Respectfully submitted,

**PATRICK BALLANTYNE**
Texas Bar No. 24053759
LaHood Norton Law Group
40 N.E. Loop 410, Ste. 525
San Antonio, Texas 78216
210·797·7700
patrick@lahoodnorton.com
**DESI I. MARTINEZ**
Texas Bar No. 24053342
desi.martinez@martinez-law.com
MARTINEZ & ASSOCIATES, PLLC
2828 Goliad Road, Suite 125
San Antonio, Texas 78223
ATTORNEYS FOR PLAINTIFFS

---

[2] Plaintiffs received notice of the Court's ruling and entry of this Order on February 26, 2021.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of this Notice was transmitted to the following attorneys of record for the parties in this cause, concurrently with the filing of this Notice, by electric transmission through a court-approved e-filing service:

**RONALD E. MENDOZA**
remndoza@lawdcm.com
ATTORNEYS FOR RDL ENERGY, LLC

**WILLIAM R. MOYE**
wmoye@thompsoncoe.com
**MOLLY L. PELA**
mpela@thompsoncoe.com
ATTORNEYS FOR JPH HOLDINGS, LLC

**ANDREW L. PETERSEN**
apetersen@hbdblaw.com
ATTORNEY FOR ADRIAN DARIUS SAMUEL

**PATRICK BALLANTYNE**


## CERTIFICATE OF SERVICE ON TRIAL COURT REPORTER

The undersigned attorney here by certifies that a true and correct copy of this Notice was served on the trial court's reporter, Ms. Elizabeth Lusk, CSR, concurrently with the filing of this notice, in compliance with section 51.017 of the Civil Practices and Remedies Code, by electronic service to brandonlusk70@yahoo.com.

**PATRICK BALLANTYNE**

3